FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00295-CV

| | |
|---|---|
| A. DAVID COURTADE AND IRMA LEAH ESTRADA-DAVIS A/K/A LEAH ESTRADA-DAVIS | APPELLANTS |

V.

| | |
|---|---|
| THE GLORIA LOPEZ ESTRADA FAMILY TRUST, ALEXANDER ESTRADA, TRUSTEE | APPELLEE |

### NO. 02-14-00296-CV

| | |
|---|---|
| IRMA LEAH ESTRADA-DAVIS A/K/A LEAH ESTRADA-DAVIS | APPELLANT |

V.

| | |
|---|---|
| THE GLORIA LOPEZ ESTRADA FAMILY TRUST, ALEXANDER ESTRADA, TRUSTEE | APPELLEE |

------------

## FROM PROBATE COURT NO. 2 OF TARRANT COUNTY
## TRIAL COURT NO. 2012-PR02459-1-2, 2012-PR02459-1-2-A

------------

## **ORDER**

------------

We have considered "Appellee's Motion for Extension of Time to File Response Brief."

FILE COPY

The motion is **GRANTED.** The appellee's response brief to Leah Estrada-Davis's brief is ordered due **Tuesday, September 15, 2015**.

The clerk of this court is directed to transmit a copy of this order to appellant Estrada-Davis and the attorneys of record.

DATED July 14, 2015.

PER CURIAM